```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON

    JAN 28 2025

  CLERK, U.S. DISTRICT COURT
      DISTRICT OF NEVADA
BY: ___ AMMi ___ DEPUTY
```

# TRANSFER OF JURISDICTION

| | |
|---|---|
| | **DOCKET NUMBER** *(Transferring Court)* <br> CR-22-00665-001-TUC-JCH <br> (EJM) |
| | **DOCKET NUMBER** *(Receiving Court)* <br> 2:25-cr-00018-RFB-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> District of Arizona | DIVISION <br> 4: Tucson |
|---|---|---|
| Brandon Jamaal Robinson | NAME OF SENTENCING JUDGE <br> John C. Hinderaker <br> United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 11/27/2023 | TO <br> 11/26/2026 |

**OFFENSE**
Conspiracy to Transport Illegal Aliens for Profit

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Robinson has no ties to the District of Arizona and has familial support in Las Vegas.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Brandon Jamaal Robinson, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____9/12/2024_____          _____/s/ John C. Hinderaker_____
Date                              John C. Hinderaker
                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____1/30/2025_____          _____/s/_____
Effective Date                    United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Brandon Jamaal Robinson**

**Case No.: TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

January 28, 2025

TO:   The Honorable District Court Judge

On May 10, 2022, Brandon Robinson was sentenced in the District of Arizona to 12 months and one day imprisonment, followed by three years of supervised release for committing the offense of Conspiracy to Transport Illegal Aliens for Profit. Supervised release commenced on November 27, 2023, in the District of Nevada.

Mr. Robinson incurred drug testing violations in July 2024, and August 2024, and a request for jurisdiction transfer was submitted to the District of Arizona at that time. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. Distribute Court Judge John C. Hinderaker agreed to relinquish jurisdiction on September 12, 2024.

The undersigned discovered during a case review that this document had not been sent to the District of Nevada for appropriate assignment to a Nevada judge. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Steve Goldner
Date: 2025.01.28 11:47:21 -08'00'

Steve M. Goldner
Supervisory United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.01.28 11:15:10 -08'00'

Joy Gabonia
Supervisory United States Probation Officer