Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Brandon Robinson

# United States District Court
## District of Nevada

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:25-cr-00018-RFB-MDC |
| v. | **Stipulation** |
| Brandon Robinson, | |
| Defendant. | |

The parties stipulate and agree that the Court should grant the request for modification (ECF No. 2) and vacate the hearing currently set for February 19, 2025, at 8:30 AM.

The Court accepted supervision of Mr. Robinson on January 30, 2025. (ECF No. 3.) Around the same time, United States Probation Officer Steven Goldner filed a Request for Modification to Conditions of Supervision with Consent of Offender. (ECF No. 2.) Officer Goldner requested that Mr. Robinson be ordered to reside at the residential reentry center for up to 90 days. (*Id.*) The Court set a hearing on the request. (ECF Nos. 8, 9.)

The parties respectfully submit that a hearing is unnecessary at this time. Defense counsel has spoken with Mr. Robinson about the modification request and

confirmed that he has no objection to residing at the halfway house for up to 90 days while he secures a stable and accessible residence. In addition, Mr. Robinson provided defense counsel with an offer letter showing that he began full-time employment on February 13, 2025, with Czar Marketing Group. In this position, Mr. Robinson works in a call center Mondays through Saturday from 11 AM to 6 PM. With this employment, it appears Mr. Robinson will be able to accrue funds to secure permanent housing while he resides at the residential reentry center.

Accordingly, the parties stipulate and agree that the Court should grant the request for modification (ECF No. 2) and vacate the hearing currently set for February 19, 2025, at 8:30 AM.

Dated February 14, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Brenna Bush<br>BRENNA BUSH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

      Plaintiff,

  v.

Brandon Robinson,

      Defendant.

Case No. 2:25-cr-00018-RFB-MDC

**[Proposed] Order**

    IT IS THEREFORE ORDERED that the Request for Modification to Conditions of Supervised Release (ECF No. 2) is granted.

    IT IS FURTHER ORDERED that the hearing currently scheduled for February 19, 2025, at 8:30 AM is vacated.

    DATED this 17 day of February, 2025.



UNITED STATES DISTRICT JUDGE

3